UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  05-0605M-01 (CR) |
| **KEVIN LEMORR ELLIS,** | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 12, 2005, within the District of Columbia, **KEVIN LEMORR ELLIS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

   (**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about November 12, 2005, within the District of Columbia, **KEVIN LEMORR ELLIS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.