UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**    :
                                :  **No. 1:05-cr-440-JR**
    **V.**                       :
                                :
**KEVIN L. ELLIS**              :

<u>Government's Notice of Assignment and Substitution of Counsel</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby gives notice to the Court that the above matter is now assigned to Assistant U.S. Attorney Michael C. Liebman, michael.liebman@usdoj.gov, and that AUSA Liebman is substituting in as counsel for the government.

                      Respectfully submitted,

                      KENNETH L. WAINSTEIN
                      UNITED STATES ATTORNEY

    by: _____
        Michael C. Liebman
        Assistant United States Attorney
        D.C. Bar No. 479562
        555 Fourth Street, N.W., room 4231
        Washington, D.C.  20530
        353-2385