```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**          :    No. 1:05-cr-440-JR
                                      :
     **v.**                               :
                                      :
**KEVIN L. ELLIS,**                   :
     **Defendant**                         :

                              O R D E R

Upon consideration of the government's motion to introduce evidence of other crimes, pursuant to rule 404(b) of the Federal Rules of Evidence, any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED.

 

_____
Emmet G. Sulllivan
United States District Judge

_____
date