UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:05-cr-440-JR |
| | : | |
| v. | : | |
| | : | |
| **KEVIN L. ELLIS,** | : | |
| **Defendant** | : | |

O R D E R

Upon consideration of the government's motion to permit impeachment of defendant with evidence of a prior conviction, any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED.

_____
Emmet G. Sullivan
United States District Judge

_____
date