UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-440 (JR) |
| ) | |
| KEVIN ELLIS ) | |
| ) | |

**ORDER**

Upon consideration of defendant's Motion to Suppress and the response thereto, it is this

\_\_\_\_\_ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED** and that all the physical evidence and statements shall be suppressed.

_____
HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE