```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**       )
                                   )  No. 1:05-CR-440-JR
    **v.**                            )
                                   )
**KEVIN ELLIS,**                   )
                                   )
    **Defendant.**                   )

Consent Motion by Government to Re-set Date for Evidentiary Hearing

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to re-set the date for the evidentiary hearing in the above matter, which is now set for January 12, 2007, at 10 a.m.

By way of background, at a status hearing on November 7, 2006, the Court established motions deadlines and a trial date (March 5, 2007) in this matter, but, apparently through oversight, no date for a motions hearing was requested by the parties or set by the Court. Counsel for the government is unavailable for most of the morning of January 12, 2007, due to pre-existing plans to take leave that morning till 11 a.m.

Counsel has conferred with opposing counsel who has advised that the defendant does not oppose this motion. Furthermore, the parties are available on January 16, 17, or 18, 2007, any time except for 12:30 p.m. to 1:30 p.m. on the 17th, when counsel for the government has to appear in a sentencing matter before another judge (in the courthouse). Counsel for the defendant has advised that the 17th or 18th are preferable.

A proposed order is attached.

        Sincerely,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

by: _____
        Michael C. Liebman
        Assistant United States Attorney
        555 Fourth Street, N.W., room 4231
        Washington, D.C.  20530
        (202) 353-2385
        michael.liebman@usdoj.gov