UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No. 1:05-CR-440-JR |
| v. | ) |
| | ) |
| **KEVIN ELLIS,** | ) |
| | ) |
| **Defendant.** | ) |

O R D E R

Upon the unopposed motion of the United States, and for good cause shown, the date and time for the evidentiary hearing in the above matter is re-set for _____ ___, 2007, at ____.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

____
date