UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:05-cr-440-JR |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN L. ELLIS,** | : | |
| **Defendant** | : | |

Government's Supplemental Notice And Motion To Permit Use Of
<u>Other Crimes Evidence</u>[1]

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby supplements its notice and motion to permit use by the government of evidence of other crimes committed by the defendant, pursuant to rule 404(b) of the Federal Rules of Evidence.

    In addition to the other crimes evidence outlined in the government's original notice and motion, the government also seeks to offer evidence in its case in chief that the defendant possessed cocaine base, also known as crack, on April 13, 2004.[2] On that particular date, at approximately 5:08 p.m., Metropolitan Police Department officers conducted a traffic stop of a vehicle being driven by the defendant, in the area of the intersection of

---

[1] The government regrets that it overlooked the incident described herein when it timely filed its original rule 404(b) notice and motion, and that this supplement is being filed eight days after the motions deadline.  Counsel for the defendant has advised that the defendant does not object to the lateness of this supplemental motion.

[2] The April 13, 2004, incident is separate and distinct from the March 9, 2004, incident described in the government's original notice and motion.

Trinidad Avenue and Meigs Street, N.E., Washington, D.C.  When the officers approached the defendant's vehicle, they noticed the odor of PCP emanating from inside.  While attempting to detain the defendant, he became combative and struck one of the officers and tackled a second to the ground.  When he was ultimately subdued, the officers recovered three ziplocks of crack cocaine from inside the defendant's left boot.[3]

The government relies on the arguments and authorities set out in its original notice and motion in support of the admissibility of this other crimes evidence.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              United States Attorney

by: _____
     Michael C. Liebman
     Assistant United States Attorney
     D.C. Bar No. 479562
     555 Fourth Street, N.W., room 4231
     Washington, D.C.  20530
     353-2385
     michael.liebman@usdoj.gov

---

[3] As a result of this incident, the defendant was convicted in Superior Court of simple assault and possession of PCP.