# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No. 05-440 (JR)** |
| **v.** ) | |
| ) | |
| **KEVIN ELLIS** ) | |
| _____) | |

### ORDER

Upon consideration of the Defendant's Opposition to the Government's Motion to Use Prior Conviction for Impeachment, it is this _____ day of _____ , 2006, hereby

**ORDERED** that the Government's motion is **DENIED** and that evidence of his prior conviction will be excluded from evidence at trial.

**SO ORDERED**.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE