UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:05-cr-440-JR |
| | : | |
| v. | : | |
| | : | |
| **KEVIN L. ELLIS,** | : | |
| **Defendant** | : | |

<u>Consent Motion For Leave Of Court To Dismiss, and Motion To Dismiss, Indictment</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves for leave of Court to dismiss, and moves to dismiss, the indictment in the above matter, pursuant to rule 48(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has indicated that the defendant does not object to dismissal of the indictment. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by: /s/
_____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C.  20530
michael.liebman@usdoj.gov
353-2385