```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA      :   No. 1:05-cr-440-JR
                              :
         v.                   :
                              :
KEVIN L. ELLIS,               :
         Defendant            :
```

O R D E R

Upon the unopposed motions of the United States for leave of Court to dismiss, and to dismiss, the indictment in the above matter, it is hereby ORDERED that leave of Court is granted and the indictment is hereby dismissed.

```
                              _____
                              James Robertson
                              United States District Judge
```

_____
date