UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :   No. 1:05-cr-440-JR

    v.     :

KEVIN L. ELLIS,     :
    Defendant

FILED
NOV 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon the unopposed motions of the United States for leave of Court to dismiss, and to dismiss, the indictment in the above matter, it is hereby ORDERED that leave of Court is granted and the indictment is hereby dismissed.

_____
James Robertson
United States District Judge

Dated: 11/30/06